1                                                                    Judge Lasnik

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**
                     **WESTERN DISTRICT OF WASHINGTON**
8

9   **UNITED STATES OF AMERICA,**                )
                                                  )
10                              **Plaintiff,**     )    **NO. CR16-229RSL**
                                                  )
11                  **v.**                         )    **ORDER GRANTING**
                                                  )    **DEFENDANT'S OBJECTION**
                                                  )    **TO FORWARDING PASSPORTS**
12                                                )    **TO DEPARTMENT OF STATE**
                                                  )    **AND IMMIGRATION & CUSTOMS**
13  **KHULUDE ISAAC,**                             )    **ENFORCEMENT; AND ORDERING**
                                                  )    **RETURN OF PASSPORTS**
14                              **Defendant**.     )    **TO DEFENDANT or ATTORNEY.**
                                                  )
15  _____

16          This matter comes before the Court on Defendant's Stipulated Motion for Return of Passport.

17  The Court, having reviewed the motion and records and files herein, hereby

18  DIRECTS the Clerk of the Court to release Khulude Isaac's passports and deliver them to Khulude Isaac

19  or allow counsel to pick them up, after December 16, 2017.

20

21          DATED this 12th day of December, 2017.

22

23

24                                              _____
25                                              UNITED STATES DISTRICT JUDGE

26

27  Order for return of passports

28
                                                         ROBERT W. GOLDSMITH
                                                           Attorney at law
                                                            705 Second Ave.
                                                         Seattle, WA  98104
                                                           (206) 623-1592

1

2

3   Presented by:
    /s/ R. Goldsmith
4   Robert Goldsmith, WSBA #12265
    Email: Bobgoldsmith2@juno.com
5   Attorney for Defendant

6

7   Approved for entry:

8

9

10  via email approval
    Benjamin Diggs
11  Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Order for return of passports

                                                ROBERT W. GOLDSMITH
28                                                Attorney at law
                                                 705 Second Ave.
                                               Seattle, WA  98104
                                                 (206) 623-1592